# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00666-CV

## In re Practical Technology, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed:  August 29, 2025